UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a
non-profit corporation,

        Plaintiff,

   v.

WINDSOR INDUSTRIES, a
California corporation, and
KENNETH HOFFMAN, an individual,

        Defendants.
_____/

NO. CIV. S-13-0268 LKK/DAD

O R D E R

    A status conference in this matter is currently scheduled for May 6, 2013 at 2:00 p.m.

    It has come to the court's attention that defendant Windsor Industries, a California corporation, is not represented by counsel, but instead purports to be represented by defendant Kenneth Hoffman, who is proceeding in propria persona. Windsor and Hoffman filed a joint Answer on April 17, 2013. (ECF No. 7.)

    Local Rule 183(a) provides that "[a] corporation or other entity may appear only by an attorney."

1

Accordingly, the court orders as follows:

[1] Defendants' Answer is STRICKEN.

[2] Defendants are GRANTED leave to file a responsive pleading to plaintiff's complaint within thirty (30) days of entry of this order. Defendant Windsor Industries must be represented by counsel at the time it files its responsive pleading and thereafter; otherwise, plaintiff may seek entry of Windsor Industries' default.

[3] The status conference set for May 6, 2013 at 2:00 p.m. is VACATED.

[4] A status conference is SET for August 5, 2013 at 1:30 p.m. Parties are to file status reports fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

DATED: May 2, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2