ANDREW L. PACKARD (State Bar No. 168690)
LAURIE A. MIKKELSEN (State Bar No. 260313)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
        Laurie@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>WINDSOR INDUSTRIES, a California corporation, and KENNETH HOFFMAN, an individual,<br><br>          Defendants. | Case No. 13-cv-00268-LKK-DAD<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants in the above-captioned action, stipulate as follows:

WHEREAS, on or about November 29, 2012, CSPA provided Defendants with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

WHEREAS, on February 12, 2013, CSPA filed its Complaint against Defendants in this Court, captioned as *California Sportfishing Protection Alliance v. Windsor Industries, et al.* (USDC, E.D. Cal., Case No. 2:13-cv-00268-LKK-DAD), and said Complaint incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letter;

WHEREAS, CSPA and Defendants, through their authorized representatives (except Defendant Hoffman, who appears *in propria persona*) and without either adjudication of CSPA's claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in CSPA's 60-Day Notice Letter and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Parties' proposed consent agreement ("Consent Agreement") entered into by and between CSPA and Defendants is attached hereto as **Exhibit A** and incorporated by reference;

WHEREAS, CSPA has submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has now expired;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with Paragraph 18(b) of the Consent Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties through September 30, 2015, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Consent Agreement.

| | |
|---|---|
| Dated:  January 3, 2014 | LAW OFFICES OF ANDREW L. PACKARD |
| | By:__/s/ Andrew L. Packard_____ |
| | Andrew L. Packard |
| | Attorneys for Plaintiff |
| | CALIFORNIA SPORTFISHING |
| | PROTECTION ALLIANCE |
| Dated: January 3, 2014 | WINDSOR INDUSTRIES |
| | By:__/s/_ Todd Murray_____ |
| | Todd Murray |
| | Attorney for Windsor Industries |
| | (As authorized by L.R. 131) |
| Dated: January 3, 2014 | KEN HOFFMAN |
| | By:__/s/_ Ken Hoffman_____ |
| | Ken Hoffman |
| | (As authorized by L.R. 131) |

**ORDER**

Good cause appearing, the Parties having stipulated and agreed, and the United States having stated that it has no objection,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants WIINDSOR INDUSTRIES and KEN HOFFMAN, as set forth in CSPA's 60-Day Notice Letter and Complaint, are hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Consent Agreement.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A until September 30, 2015.

IT IS SO ORDERED.

Dated: January 9, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT